UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CRUDUP, | No. 2:16-cv-2748 MCE DB P |
| Plaintiff, | |
| v. | ORDER |
| PLEASANT VALLEY STATE PRISON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. By order dated November 15, 2018 plaintiff was directed to file a second amended complaint within thirty days. (ECF No. 12.) Plaintiff has filed a motion for extension of time to file a second amended complaint. (ECF No. 13.) Plaintiff requests a ninety-day extension of time because the individual helping plaintiff prepare his amended complaint must complete work on a separate case before assisting plaintiff with the present action. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 13) is granted; and

2. Plaintiff is granted up to and including February 28, 2019, in which to file a second amended complaint.

Dated: December 10, 2018

DLB:12
DLB:1/Orders/Prisoner/Civil.Rights/crud2748.36

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE